DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Patrick.Rose@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY E. SMITH<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREG ABERNATHY<br><br>　　　　Defendant. | Case No. 2:11-cv-00090-JCM-RJJ<br><br>**ORDER** |

THIS COURT, having been fully apprised that the United States Attorney for the District of Nevada has certified that the individual Defendant, Greg Abernathy, was acting within the scope of his federal employment at the time of the incident giving rise to Plaintiff's complaint, and the Court having been apprised of the substitution of the United States by operation of law pursuant to 28 U.S.C. § 2679(d)(2),

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2), Greg Abernathy is dismissed from this action on the grounds that the exclusive remedy for such claim is an action against the United States and the United States has been substituted for Greg Abernathy as the defendant on such claim.

. . .

**IT IS FURTHER ORDERED** that the caption of this action shall hereafter be modified to reflect the United States as the sole federal defendant in this action.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2011